know its contents; and since the court did not comment upon it there was no indication what it may have been about, and we cannot presume it supplied the deficiencies disclosed in the record.

The cause will be reversed and remanded for proceedings not inconsistent with this opinion.

Reversed and remanded.

McNAMARA, P. J., and McGLOON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STANLEY WILLS, Defendant-Appellant.

(No. 60052;

First District (3rd Division)—September 5, 1974.

Alan W. Brothers, of Woodlawn Criminal Defense Services, of Chicago (Thomas Hecht, Senior Law Student, and David C. Thomas and Clayton Adams, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GREGORY HUSAR, Defendant-Appellant.

(No. 58421;

First District (2nd Division)—September 10, 1974.